**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-6972**

————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

WILLIAM BLOHM,

                Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-86-1184)

————————

Submitted: January 30, 2003     Decided: February 4, 2003

————————

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

William Blohm, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Blohm appeals the district court's order denying his "Motion for Compassionate Release." Our review of the record discloses no reversible error and no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED